# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>on Criminal Complaint |
| v. | |
| **MANUEL DE JESUS THOMAS** | CASE NUMBER: **21mj461** |

| | |
|---|---|
| HONORABLE **STEPHEN C. DRIES**, presiding | Court Reporter:  Liberty |
| Deputy Clerk:  **Becky Ray** | Hearing Began:  1:40:05 PM |
| Hearing Held:  **August 16, 2021 at 1:30 PM** | Hearing Ended:  1:47:52 PM |

**Appearances:**

UNITED STATES OF AMERICA by:  **Kevin Knight**
**MANUEL DE JESUS THOMAS**, in person, and by:  **Patrick Knight**   ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by:  **Joshua Hanzlik**
INTERPRETER:  ☑ None  ☐ Sworn

☑ Defendant advised of rights
☑ Defendant advised of charges
☑ **Preliminary Hearing/Arraignment and Plea set for September 1, 2021 at 8:45 AM via Zoom**

DEFENSE
- Dr. Thomas self-surrendered this morning and maintains regular contact with counsel

GOVT
- Agrees to release with conditions
- Proposes that deft's state case conditions be applied in this case as well

DEFENSE
- Informs the court the Dane County case prohibits prescribing controlled substances
- Notes there was an order entered by the medical examining board of an indefinite suspension of deft's medical license
- Deft is not practicing medicine and is not prescribing controlled substances

COURT
- **Orders deft released with the following conditions: report to PTS as directed, travel restricted to ED-WI and Dane County, do not prescribe any controlled substances**

GOVT
- Plans to indict within the allotted time period or ask for an extension

COURT
- Sets **Preliminary Hearing/A&P for September 1, 2021 at 8:45 AM via Zoom**.