# UNITED STATES DISTRICT COURT

2021 AUG 16 AM 8: 51

for the

U.S. MARSHALS Eastern District of Wisconsin
MILWAUKEE, WI

CLERK'S OFFICE
A TRUE COPY
Aug 11, 2021
s/ Jeremy Heacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **21-M-461 (SCD)** |
| MANUEL DE JESUS THOMAS, DOB xx/xx/1972 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MANUEL DE JESUS THOMAS, DOB xx/xx/1972                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Distributing controlled substances, conspiring to distribute controlled substances, and maintaing a premises for the
purpose of distributing controlled substances, all without a legitimate medical purpose and outside the usual course of
standard professional practice and in violation of Title 21, United States Code, Sections 841, 846, and 856.

Date:  8-11-21

_Issuing officer's signature_

City and state:     Milwaukee, WI

Stephen C. Dries, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on *(date)* 8/16/21 , and the person was arrested on *(date)* 8/16/21 at *(city and state)* Milwaukee, WI . |
| Date: 8/16/21                                              _Arresting officer's signature_ |
|                                              Dush Malik _Printed name and title_ |