# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Hon. Lynn Adelman, presiding

## <u>CHANGE OF PLEA MINUTES</u>

|  |  |
|---|---|
|  | Dep. Clerk:  JD |
| Date: 11/5/21 | Ct. Reptr.:  John |
| Case No.: 21-CR-217 | Called:  9:52 |
| United States v. Manuel Thomas | Concluded:  9:59 |

| | |
|---|---|
| United States by: | Kevin Knight |
| Probation Officer: | Jennifer Garstka |
| Interpreter: | |
| Deft. | Manuel Thomas, in person, and by Attorney Patrick Knight |

Defendant waives indictment pleads guilty to counts 1 and 2 of the information.

Waiver of indictment filed.

Adjudged guilty.

PSR ordered.

Sentencing set for 2/4/22 @ 10:30.

Sentencing motions/memoranda due 1/28/22.

Bond continued.