# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 10/27/22 | Dep. Clerk: JD |
| Case No. 21-CR-217 | Ct. Rep: Jennifer |
| United States v. Manuel Thomas | Time Called: 10:32 |
| Proceeding: Sentencing | Time Concl: 11:06 |

United States by: Kevin Knight
Probation Officer: Jennifer Garstka
Interpreter:
Defendant: Manuel Thomas, in person, and by Attorney Patrick Knight

---

Courts adopts PSR:
    offense level 27
    criminal history category I
    70 to 87 months imprisonment
    1 to 3 years supervised release
    $25,000 to $1,000,000 fine

Court imposes 18 months in prison on each count concurrent.
Courts imposes 3 years of supervised release on each count concurrent, with conditions 1-13.
Fine waived.
$200 special assessment, due immediately.
Court advises defendant of right to appeal.
Defendant granted voluntary surrender.