UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 21-cr-217

MANUEL THOMAS,

        Defendant.

## MOTION TO WITHDRAW NOTICE OF APPEAL

Defendant Manuel Thomas, by his attorney, Patrick Knight of Gimbel, Reilly, Guerin & Brown, moves the Court, the Honorable Judge Lynn Adelman presiding to withdraw his Notice of Appeal that was filed on November 9, 2022.

Dated this 15th day of November, 2022.

        Respectfully submitted,

        GIMBEL, REILLY, GUERIN & BROWN

        By:
            *Electronically signed by Patrick J. Knight*
            PATRICK J. KNIGHT
            State Bar No. 1003374
            Attorneys for Defendant Manuel J. Thomas

POST OFFICE ADDRESS:

330 East Kilbourn Avenue
Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414-271-1440