# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

  v.                                       Case No. 21-CR-217

**MANUEL THOMAS**
    Defendant.

## ORDER

On defendant's unopposed request (R. 30),

**IT IS ORDERED** that defendant's voluntary surrender date is extended to January 3, 2023, at 11:00 a.m.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2022.

                                      /s/ Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge