# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                    Case No. 21-CR-217

**MANUEL THOMAS**
    **Defendant.**

## ORDER

Defendant has filed a motion to withdraw his notice of appeal. However, it appears the appeal has been docketed by the circuit clerk. See Fed. R. App. P. 42(a). It thus appears a motion to dismiss the appeal must be filed with the circuit clerk. See Fed. R. App. P. 42(b). The clerk may terminate the motion filed in this court (R. 31).

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2022.

                                      /s/ Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge